**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Despeigne Lesly, et al., | Case No. 2:26-cv-01013-CDS-NJK |
| Petitioner(s), | |
| v. | **ORDER** |
| | [Docket No. 1] |
| Brett Waggoner, et al., | |
| Respondent(s). | |

Pending before the Court is Plaintiff's complaint. Docket No. 1. That complaint includes the full name of a minor, *id*. at 1, which violates Local Rule IC 6-1(a)(2). Accordingly, the Court **INSTRUCTS** the Clerk's Office to seal this filing. Plaintiff must ensure moving forward that only a minor's initials be provided in filings. The Court also notes that a *pro se* plaintiff is not permitted to bring a claim on behalf of others, including his child. *Johns v. Cnty. of San Diego*, 114 F.3d 874, 877 (9th Cir. 1997). Although the minor's name appears in the caption, however, it is not entirely clear what claim (if any) is being brought on the minor's behalf. The Court may revisit this issue in the future as warranted.

IT IS SO ORDERED.

Dated: April 3, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1