**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESPEIGNE LESLY, et al., | Case No. 2:26-cv-01013-CDS-NJK |
| Plaintiffs, | **Order** |
| v. | |
| BRETT WAGGONER, et al., | |
| Defendants. | |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). *See* Docket No. 7.  A joint discovery plan must be filed by June 26, 2026.

IT IS SO ORDERED.

Dated: June 22, 2026

_____

Nancy J. Koppe
United States Magistrate Judge

1