**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESPEIGNE LESLY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BRETT WAGGONER, et al.,<br><br>    Defendants. | Case No. 2:26-cv-01013-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 17, 19] |

Pending before the Court is Defendant Sue Huff's proposed discovery plan. Docket No. 17. Defendants Brett Waggoner, Karen McNary, Steve Osborne, Susan Ryhal, Celeste Sandavol, Amber Randle, Qiana Medici, Joseph Ehrheart, and Nye County filed a joinder to the proposed discovery plan.[1] Docket No. 18. Also pending before the Court is Plaintiff's proposed discovery plan. Docket No. 19.

The discovery process is meant to be a cooperative endeavor, *see Cardoza v. Bloomin' Brands, Inc.*, 141 F. Supp. 3d 1137, 1145 (D. Nev. 2015), and is subject to an overriding limitation of good faith, *Asea, Inc. v. S. Pac. Transp. Co.*, 669 F.2d 1242, 1246 (9th Cir. 1981). Those same requirements apply to the creation and submission of a joint discovery plan. *See* Local Rule 26-1(a). Parties are expected to comply with the Local Rules and **cooperate** with one another to create and submit a joint discovery plan and scheduling order. The instant plans do not adhere to the requirement that the discovery plan be filed jointly. *See* Docket No. 17 at 2 ("Defendant Sue Huff submits this plan unilaterally"); *see also* Docket No. 19 at 3.

---

[1] The Court notes that Defendants' joinder lists defendants who do not appear on the docket. *Contrast* Docket No. 18 at 1, *with* Docket.

1

Accordingly, the Court **DENIES** the instant plans without prejudice. Docket Nos. 17, 19. The parties are **ORDERED** to submit a joint proposed discovery plan by July 2, 2026.

IT IS SO ORDERED.

Dated: June 30, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2