**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DESPEIGNE LESLY, et al.,<br>Plaintiffs,<br>v.<br>BRETT WAGGONER, et al.,<br>Defendants. | Case No. 2:26-cv-01013-CDS-NJK<br>**Order**<br>[Docket No. 25] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion to dismiss. Docket No. 25; *see also* Docket No. 7 (motion to dismiss).

Defendants are confused as to the governing test for this common motion practice. While Defendants mention both the "preliminary peek" test and the minority so-called "good cause" test, they incorrectly claim that this District has modified its analysis to evaluate the additional factor of whether good cause has been shown to stay discovery. *See* Docket No. 25 at 3. The Court understands that there is confusion in the local bar created by the emergence of a minority approach that runs counter to decades of established case law. *See Flynn v. Nev.*, 345 F.R.D. 338, 347-48 (D. Nev. 2024). The undersigned has, however, clearly and unequivocally rejected the minority so-called "good cause" test as both legally untenable and counter to numerous policy considerations. *See id.* at 347-51. In addition, the majority of judges in this District continue to apply the preliminary peek framework. *See, e.g.*, *Alvarado v. W. Range Ass'n*, 2025 U.S. Dist. LEXIS 35958, 2025 WL 659352, at *1 n.1 (D. Nev. Feb. 28, 2025) (Baldwin, J.); *Gauler v. Internal Rev. Serv.*, 2024 WL 4307847, at *2 (D. Nev. Sept. 26, 2024) (Denney, J.); *Blandino v. Las Vegas Metro. Police Dep't*, 2024 U.S. Dist. LEXIS 84908, 2024 WL 4024828, at *1 (D. Nev. May 10, 2024) (Youchah, J.), *objections overruled*, 2024 U.S. Dist. LEXIS 222711, 2024 WL 5056178, at *4 (D. Nev. Dec. 9, 2024) (Navarro, J.) ("The Magistrate Judge applied the correct

legal standard"). For the reasons already articulated in *Flynn*, the undersigned will not apply the minority so-called "good cause" approach.

Accordingly, the Court **DENIES** the motion to stay discovery without prejudice. Docket No. 25. Any future briefing must address the correct standard.

IT IS SO ORDERED.

Dated: August 12, 2026

Nancy J. Koppe
United States Magistrate Judge